11-CV-05068-CMP

FILED _____ LODGED
_____ RECEIVED

JAN 20 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                          DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

Thomas LELAnd Floyd
(Name of Plaintiff)

vs.

City of Lakewood
City of Tacoma
County of Pierce
State of Washington
(Names of Defendants)

C11-5068 BHS/KLS

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

### I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:
☐ Yes   ☒ No

B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

1

2. Court (give name of District) _____

_____

3. Docket Number _____

4. Name of judge to whom case was assigned : _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. **Place of Present Confinement:** _____

A. Is there a prisoner grievance procedure available at this institution?   ☑ Yes   ☐ No

B. Have you filed any grievances concerning the facts relating to this complaint?
    ☑ Yes   ☐ No
   If your answer is NO, explain why not _____

   _____

C. Is the grievance process completed?   ☑ Yes   ☐ No

   If your answer is YES, **ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE RESOLUTION** for any grievance concerning facts relating to this case.

III. **Parties to this Complaint**

A. Name of Plaintiff: _Thomas Floyd_     Inmate No.: #2010067038

   Address: _910 TACOMA WN 98402_

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant _CHIEF HARR_ ; official position _Chief of Corrections_ ;
   place of employment _P.C. Jail  Tacoma Washington_

2

ALL A PART OF SAME FALSE RULES & TRICKERY

Kent HALLMARK PUBLIC Defender
S[...] Attorney P.D.
MICHAEL KAWAMURA DOAC Director

C. **Additional defendants** Officer Pap, Theo, Rose, Bailiffs for Superior Court Room 260 - Public Defender STEVEN GAUL - JANE PIERSON Aaron Telkey, Richard White Henry - Medical Staff M. Scott, Carlos Ortiz, WS Patrol DARCY - Tacoma Police Dept & Lakewood Police - Judge Thomas Fleming - LEE - Culpeper - Sgt Town & Director PD for Hamipton y.[...] Ann Library, Supplies & Founding Directors...

Judge Hiller
Judge Sandra Mittendorf Nic
Judy Vann Return of Property
Tim Bartlett
Ellen Chambers

IV. **Statement of Claim**
(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.) CHIEF KARR & Staff.

Unlawfull Restraint by Correctional Officers who Ruptured my L4-5 Siatic Nerve by Jerking chain About my waist going to And Coming from Court. The 3 Strikes Tag HAS Been Inappropriately used to discriminate Against A Otherwise Innocent Defendant Officer [...] the Skewed Policy for Thugs to Single Out [...] for Abuse, Brutality And Civil Rights Violations Denying [...] & equal protection of the law. This Cruel & Unusual punish is Against [...] with [...]. Millions of Specs have been Stripped from me Against Policy And I have Telephone Restriction that is Unconstitutionally Obtained by Double Jeopardy & this is Genocide to Restrict Forwarding My Case Preparation.

M. Scott & Staff Refuse to Address my medical condition when I Return from court. Also Officers Ruptured my Back & Pull this waist chain - Exacerbating My Narrowing of This Spine Issue - They 7 Failures [...] They Have Neglected to Pursue the Necessary [...] & treatment - Siatic Nerve Damage - C. Dis Requirements - Neck Compression Surgery And Penis Complications with Skin Affected with Sores Burning Itching Breaking Sores. Cortizone Adverse Reaction causing Hyperglycemia to [...].

Public Defender is cause of Neck & Back Rupture from this Jan 26 2010 Arrest of This Defendant in this Hallway of Justice As though he had the power of Police. He surrendered me to Life without Parole & Arrested me to place a Two Million Dollar bail on defendant.

Officer Darcy WSP & Lakewood Tacoma [...] Property Theft/Non compliance to Return Property. By Bandage sculpture tried twice then Tazed - Broke brush out of my hand - Pulled [...].

3

Off. G. Richards, Off. Ivey, Sgt. & Anderson, misconduct by officer the court caused excessive delay of Lakewood Arrest, and Spoiliation of Mr Floyds property - False Arrest claims & Return of VALUABLES. Four or more False Arrest as well as this time made False Arrest also By Lakewood police person to looking.

### V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Order to Stop Mistreatment, Return my property & Reimbursement of Losses from False Arrest, Toture & causality in the case of official Duty, Pain & Suffering. Let me live & to prosper Before the violation of my rights & say. I want $196,000,000. million on False Arrest, Racial Profiling, Discrimination and Cruel & unusual Punishment - Risk management to be notified of claim & 40 years of threat to my life, proof of Frank running hiding and Forcing me to Plead Guilty in 1972. 2 degree crime I was innocent of. 2 Trillion damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of JANUARY, 2010. Stop violation of Civil Rights!

Equal Protection -
No more Racial
Profiling, Abuse
& Neglect.

*Thomas Floyd* (Signature of Plaintiff)

THOMAS Floyd

$196,000,000 - Return of Property
$2 Trillion for 40yr of False Imprisonment & Threats.

Threats to Swim or Drown are still Being placed on Pretrial Release to date. And I am agervised thereby.

Please Address Medical Needs First. Safety from Sex Assaults on me since incarceration. Release my Shackles from my Spine (L4-5) Still Actives.