11-CV-05068-CMP

FILED ____ LODGED
____ RECEIVED
JAN 20 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

Thomas LELAnd Floyd
(Name of Plaintiff)

vs.

City of Lakewood
City of Tacoma
County of Pierce
State of Washington
(Names of Defendants)

C11-5068 BHS/KLS

**CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983**

### I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:
☐ Yes   ☒ No

B. If your answer to A is yes, how many?: _____   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

1

2. Court (give name of District) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. **Place of Present Confinement:** _____

   A. Is there a prisoner grievance procedure available at this institution?   ☒ Yes   ☐ No

   B. Have you filed any grievances concerning the facts relating to this complaint?
   ☒ Yes   ☐ No
   If your answer is NO, explain why not _____

   C. Is the grievance process completed?   ☒ Yes   ☐ No

   If your answer is YES, **ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE RESOLUTION** for any grievance concerning facts relating to this case.

III. **Parties to this Complaint**

   A. Name of Plaintiff: _Thomas Floyd_   Inmate No.: #2010067038

   Address: _910 TACOMA WN 98402_

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Defendant _CHIEF HARR_ ; official position _Chief of Corrections_ ;
   place of employment _P.C. Jail Tacoma Washington_

2

ALL A PART OF SAME FALSE RULES & TRICKERY

KENT HALLMARK PUBLIC DEFENDER
S[...] Attorney P.D.
MICHAEL KAWAMURA DOAC Director

C. Additional defendants OFFICER PAPS, TIFFO, ROSE, BAILIFFS FOR SUPERIOR Court Room 260 - PUBLIC DEFENDER STEVEN GALL - JANE PIERSON - AARON TELEKY, RICHARD WHITEHEAD/ MEDICAL STAFF M. SCOTT CARLOS ORTIZ, /WS PATROL DARCY - TACOMA POLICE D[...] & LAKEWOOD POLICE - Judge Thomas Fleming - LEE - CULPEPER- SEA TAC & DIRECTOR - PD For HAM SPRING[...] H.[...] ART LIBRARY [...]

Judge HILLER  Judge Return of  TIM BARTLETT
Judge SANDRA HAYUM DUBENIC/ PROPERTY  ELLEN CHAMBERS

IV. **Statement of Claim**
(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.) CHIEF KARR & Staff.

UNLAWFUL Restraint by CORRECTIONAL Officers who Ruptured my L4-5 Siatic NERVE By Jerking chain About my Waist going to And Coming from Court. The 3 Striker TAG HAS BEEN INAPPROPRIATELY USED TO [...] AGAINST A OTHERWISE INNOCENT Defendant Officials have moved [...] [...] the [...] [...] [...] [...] to Single Cell [...] for ABUSE, Brutality And CIVIL Rights Violations [...] in [...] & [...] in violation of the law. This Cruel & Unusual Punish is Against [...] [...] NO [...] [...] without [...]. My Items of Special HAVE BEEN STRIPPED FROM me Against Policy And I have Telephone Restriction that is Unconstitutionally OBTAINED By [...] Jeopardy & this is Genocide to Restrict Forwarding my Case Preparation.

M. Scott & Staff Refuse to [...] [...] Medical Consult [...] when I return from court About officers Rubbing [...] BACK & Pull [...] Waist chain - [...] My Narrowing of the SPINE ISSUE that 7 Failures [...] [...] [...]. They Have Neglected to Pursue the Necessary TAG & Treatment - Siatic Nerve Damage - [...] Requirements - Neck Complication, SURGERY And PENIS Complications [...] with Skin Affected with Sores Burning Itching Bleeding SORES. Court ZONE ADVERSE REACTION Causing Hypoglycemia in [...] [...].

Public Defender is CAUSE of NECK & BACK Rupture from the JAN 26 2010 ARREST of the Defendant in the Hallway of Justice As though He had the Power of Police. He Sentenced me to Life without Parole & Arrested me to place [...] [...] million dollar BAIL ON defendant.

Officer Darcy, USP & Lakewood Tacoma PD Property Theft No Compliance to Return Property [...] Pandergay to [...] [...] [...] TASEred - Broke [...] out of my Hand - Pulled Property to [...].

Off. G. Richards, Off. Ivey, Sgt. J. Anderson, misconduct by officer & the court caused EXCESSIVE Delay of Lakewood Appeal, And spoiliation of MR Floyds property & FALSE ARREST & Return of VALUABLES. Four or more FALSE Arrest as well as this final late FALSE

**V. Relief** Arrest also by Lakewood police on 10-oct-19-6

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.) ORDER to stop mistreatment

Return my Property & Reimbursement of Losses from false Arrest / Torts of property & Abuse of civil rights officials Duties, Pain & suffering, let me see a Doctor before the Violation of my rights Occurs.

I WANT $196,000,000 MILLION on False ARREST Racial Profiling Discrimination And cruel & unusual punishment — Risk Management to be Notified of CLAIM & 40 years of threat to my Life, Proof of Frank Running Hiding And Forcing me to plead guilty in 1972 2 degree crime I was innocent of 2 trillion damages

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of JANUARY, 2010   Stop Violation of CIVIL Rights!

EQUAL Protection —
NO MORE Racial
Profiling, Abuse
& Neglect.

*Thomas Floyd*
(Signature of Plaintiff)

THOMAS Floyd

$196,000,000 — Return of Property
$2 trillion for 40 yr of False Imprisonment & Threats.

Threats to swim or Drown are still being placed on Petitioner to date. And I Am Agrieved thereby.

Please Address MEDICAL Needs First. Safety from Six Assualts on me since incarceration. Release my shackles from my spine (L4-5) Sixth articles