UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS LELAND FLOYD,<br><br>                  Plaintiff,<br><br>  v.<br><br>CITY OF LAKEWOOD, CITY OF TACOMA, COUNTY OF PIERCE, STATE OF WASHINGTON, CHIEF KARR, KENT HARMELL, STEVEN GANT, MICHAEL KAWAMURA, OFFICER PAPP, THEO ROSE, BAILIFFS SUPERIOR COURT ROOM 260, JANZ PIERSON, AARON TALNEY, RICHARD WHITEHEAD, M. SCOLD, CARLOS ORTIZ, OFFICER DARCY, TACOMA POLICE DEPARTMENT, LAKEWOOD POLICE DEPARTMENT, JUDGE FRANK FLEMING, JUDGE LEE, JUDGE CULPEPPER, SARGEANT JONES, DIRECTOR OF POLICE DEPARTMENT, JUDGE HILLIER, JUDGE SANDER ALLEN, JUDGE KITTY VAN DOORN, TIM BARTLETT, and ELLEN CHAMBERS,<br><br>                  Defendants. | No. C11-5068 BHS/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL COMPENSATION |

      Before the court is Plaintiff's "Motion for an Order Compelling Compensation," seeking compensation for "any and all losses incurred through the violation of due process and civil rights concerning any and all false arrests, and confiscation of property." ECF No. 9. The court

ORDER - 1

has granted Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No.7), but has declined to serve Plaintiff's civil rights complaint because it is deficient.  Under separate Order, the court has ordered Plaintiff to submit an amended complaint or to show cause why his complaint should not be dismissed for failure to state a valid cause of action under 42 U.S.C. § 1983.

As there is no valid complaint in this action and no defendants have been served, Plaintiff's motion is at best, premature.  In addition, Plaintiff is advised that if he seeks relief from the court, he must set forth his requests in a pleading or motion and that he must serve copies of all pleadings and motions on all Defendants through their counsel of record pursuant to Fed.R.Civ.P. 5(b)(1).  Pursuant to Fed.R.Civ.P. 5(d), Plaintiff is also required to attach and file a certificate of service stating that he has served all Defendants with the pleading and/or motion every time he files and serves a document.

Accordingly, the Court **ORDERS:**

1) Plaintiff's Motion to Compel Compensation (ECF No. 9) is **DENIED.**

2) The Clerk is directed to send copies of this Order to Plaintiff.


**DATED** this  17th  day of March, 2011.


*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2