11-CV-05068-CLM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
FILED ___ LODGED ___ RECEIVED
JUL 29 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

Magistrate Karen Strombom
Judge Presiding

Thomas Leland Hoyd
Plaintiff
V.
City of Lakewood
City of Tacoma
County of Pierce
State of Washington
Defendants

NO.# C11-5068 BHS/KLS

Cause for a Meritorious Claim for Summons And Complaint Pursuant to 42 USC §1983 And [42 USC 1983 § 1304] NOT Absolute Immunity

To Claim Absolute Immunity, in this Intermediate Case Was "Error". A General Indifference to a Prisoner's Serious Medical Condition Needs is Cruel Punishment. Revere v Massachusetts General Hospital 463 US 239, 244 (1983) Bell v Wolfish 441 US 520, 535 N16 (1976) Block v Rutherford 468 US 576, 584 (1981) Abuse unnecessary, the language of the Eighth Amendment, Due Process coming under the Fourteenth Amendment shall be proved that wanton conduct, excessive force, excessive bail, cruel and unusual punishment and is repugnant to the conscience of Mankind, conduct that shocks the conscience or affords brutality the cloak of the Law, inconsistent with the contemporary standards of decency. Daniels v Williams 474 327, 334 N3 (1986) Rochin v California 342 US 165, 172, 173 (1952) Gregg v Georgia 428 US 153, 173, (1976) Express

(1)

Intent to wanton infliction of unnecessary pain. Violations are well established in deliberately caused Plaintiffs jaw broken, teeth broken, totally denied medical care, snatched out of chair by chain resting on L4-5 siatic nerve where the condition of narrowing of the spine is located is abuse of discretion along with neglect to use as provided by constitution a professional standard of care.

Officer Rembert smashed Plaintiffs face against a cement wall after dragging Plaintiff by chain around the waist 1000 yards back from court. The unbearable pain was excruciating and the wanton intent was obvious, overt and obtuse.

Steven Gant injured Plaintiff on Jan 26 2010 while illegally arresting the victim without a badge, or a warrant. He had a two million dollar bail motion and a bogus persistant offender dream that unfortunately did not come true for him.

Steven Gant placed a "Three Striker" tag on victim in the hallways of Justice. Racial profiled and deprived victim of a right to speedy trial, right to effective counsel, and it is cruel and unusual punishment where officials exhibit "deliberate"

(2)

Indifference" to medical care. Misdiagnosed for victims 660 Blood Sugar, Adverse reaction to a leaking cortazone / Lidocaine shot into the Blood System, The Pierce County Staff, M. Scott had looked the other way and determined that a "Three Striker" was Not entitled to Standards of Care Because the Life Without Parole Sentence will hold victim where the problem is past over to the Prison System and the Pierce County would save time and money.

Estelle V Gamble (Proscribing torture and Barbarous Punishment) Body Sores over a year old Refused to heal under a Special Diet of low calories that made weight loss of ten to twenty pounds a week, is Cruel and unusual punishment.

Six' foot ten" Two hundred and eighty pounds when Victim was Arrested and Now One Hundred and Seventy Six Pounds through starvation tatics that despite Hundreds of kites and Begging, Pleading and Crying to Dr. Ortiz and Mary Scott who are Ignoring Neck disorder and two Sleep Study appointments were cancelled sketchly because of the Bill a study would accrue.

Dr. Ortiz deliberately withheld medication from Plaintiff/victim & caused immediate unnecessary Pain and Suffering.

Grievance forms and Kites on Record of the many complaints gone unnoticed by

(3)

The entire Medical Staff and the Judge Presiding Himself John McCarthy.

Sarg. Officer Shultz threatened to "Light your Ass up" with his tazer while discriminating against this victim due to the many Grievances I placed on Officer Thio and Papp for using the "Three Striker" tag to Mistreat and Belittle, Demean and Terrorize the Plaintiff.

Assaulted by Jamir, Jacoby and Embry who at different days and times Jump on my Back, Socking the victim, Sucker Punched victim and trying to take comissary from the Plaintiff.

The duty to Protect Inmates from Injuries is sanctioned, Including to Be free from the Guards or Correction Officers Brutally as in Snatching victim out of his chair in the Court Room to give the people a display that is Perceived as fatal to Victim Case and charges.

Steven Gaul snapped my Neck where the damage is worsening Every day, He did not have any Authority to take victim under Arrest. 42 USC §1983 §1304 He cannot claim Absolute Immunity. Officials Must be liable for intentionally Man Handling an Inmate Causeing Injuries. FERN-ELIUS V PIERCE 22 Cal 2d 226 138 P2d 12 (1943)
FARMER V Rutherford 136 Kan 298, 15 P2d 474 (1932)
Bowman V Hayward 1 Utah 2d 131, 262 P.2d 957 (1953)
Right to Be Free from Offensive bodily contact

(4)

That is Intentionaly Inflicted upon Victim Jed Because Health Problems Reflect How weak A 176 Pound 6' 10" Skeletin of A Man the Victim is Against his will. State Remedies §11.11

Civil disabilities Litigation of Prisoners, Americans with disabilities Act. Actions Are Not Absolute. Actual Innocence in the matters Before the Court of Appeals, Supreme Court, District Court And the Devorice Court Finds Petitioner seeking his Relief pursuant to RCW 2.64.110 - RCW 4.12050 And US Constitution Art 4 § 31

Washington Code of Judicial Canons 2(A-3A11) 3(A3) 3(D11) Racial Profiling And Pre concitrated Expressions of Guilt Does Not Apply to Attestation Proceedures.

Mailly V Briggs 42 USC §1983 §1304 State V Roberts 87 Wash 2d 829 S.Ct Concluded that 185 S.ct 506 Can Not Claim Absolute Imunity, [Vol 1 Chapter 13] Actions And Sanctions for Misconduct.

State V Dominguez 81 wn App 325, 914 P2d 141 (1996) 12 Cases of Misconduct, Holding Hearings without Accused presence, threats of Life without Parole, Jailed for truer in Violation of Cannon 2(A) Art 1 §14 Crual And unusual Punishment. Poor Jail Medical Standards Caused deprivation of Victims Right to Life, Liberty, And Property, Staggered His Health to where Now the Recuperation Seems

(5)

Impossible. Grievances from Western State Hospital and Pierce County Jail all point to a Constitutional Magnitude that the so call Deficiencies.

Certainly on 7-24-72 Assult in Pierce County will be substatially cured of deficiencies by Records of the Responding Officers Names who told Victim to Leave the Lounge or your other Jaw will be Broken as Well.

Prosecutor Fredrick Fleming Knew that Dean Strain and Michael Funston Had outstanding Warrents for Assualt and would not be testifing Against Victim/Plaintiff. This Misconduct of Withholding Exculpatory Evidence favorable to the Defence is Repugnant and the Result From Officer Seaburger Beating up the Victim in front of David Johnson Attorney at Law that told Plaintiff he was Ready to Sue the Jail and Officer; This would have Signed My Death Warrent for Sure.

United States V Price 566 f3d 900 (9th Cir 2009) Conviction overturned Because Prosecutor failed to turn over Evidence that could have undermined the creditability of the State witness. Failure to disclose requires us to vacate his conviction and Sentence. United States V Carrion-Torres 536 f3d 1 (1st Cir 2008)

Judge Fleming is that Prosecutor of whom 40yrs Ago Engaged in threats & Prosecutional Misconduct in-

(6)

volving "Swim or Drown" comment about the statement by the Honorable Judge Rumbauth who told Lucille Floyd that the "TIKI" was no place for anyone to patronize, "Your lucky Thomas was not found face down in the Commencement Bay."

City of Lakewood, their Police Officers and the Washington State Patrol have taken property illegally by Search & Sitzure through a warrantless search and false arrest by Officer Darcy W.S.P. in Jan 2008, the arrest documents through a Pierce Tacom Subpoena with all due respect, should cure any deficiencies in this victims Return of Property Claim.

Indigency deters the gathering of records, names, dates and times. Phone restrictions for nine months have every resource in limbo. Don't fault the Plaintiff for the slow moving court Clerks records because the Federal Mailbox Rule will find Plaintiff in compliance with diligently responding to any and all court orders.

The Eighth and Fifth Amendment failure to Protect claim make the Pierce County Jail staff under Chief Kerr responsible and liable for three separate events of Assault by Timbry, Jacoby and Tamir, all inmates who sought Plaintiff out because Health and Wright made Perry out of

(7)

Plaintiff Turn in though the Kites stating that there were Enemies in my tank unit.

Proved factually plausable, the Respondents Are Liable for the misconduct Alledged (Cole v. Homier Dist. Co. Inc. 599 F3d 856, 861 (8th Cir 2010) In the determination of the factual plausability of a claim, the court Must "Accept the Allegations contained in the complaint as true and draw All Reasonable Inferences in favor of the the Non Moving Party. Coons v Mineta 410 F3d 1036 1039 (8th Cir 2005)

Actions Are Not Absolute, Immunity does Not Apply to the Attestation Procedures. Repugnant to the principals of fundamental Fairness.

Plaintiff Has Suffered in the Hand of the Afore Mentioned Municipalities, their Agents have Abused the Laws of the US Constitution to Racially Profile Plaintiff to that of this (Germans) Trial, Injured the Vitim And took Property in Unwarranted Searches, with out Return of the Property.

While in custody unable to Retrieve the Necessary Information Judge Stromboom finds is Required in order to present a Claim. The Plaintiff does Pray that such time is given to Reftend this Issue of deficiencies And find that the Facts Are Reasonablely Covered By Law and Civil Right to Equal protection Against Any

(8)

Deprivations of life, liberty, and property. The Plaintiff set out in complaint the loss, the injuries, the people responsible and just because a 58 year old man does not have equal access to the Police Reports, the EMT, and helicopter film at this time is no reason to say the claims lacks merit.

Medical Records can be supproved as well as any proof the court sees fit. The Plaintiff suffers Every day and is agrieved thereby. To say there is not an arguable basis in law or fact is prematurely over zealousness.

Proven can be the unnecessary tazing in a Tacoma (Obstructing CCW) on 07-29-07 where the sole reason for arrest is due to remarks made earlier that day in not knowing where Suspect Trevor has gone. Therefore they took it out on an innocent man in the middle of the Street and Tazed Plaintiff in the back with hands held high in the Air.

On 11-11-07 Plaintiff teeth were broken when body slamed onto house from his moms. There were no reason for that other than wanton conduct to cause pain and injury intentionally. By Pierce County on Malicious Mischief Charge, Officer Names and Record can be

(9)

MADE AVAILABLE AS WELL.

Plaintiffs Dentist has Record of the corrective measures to temporarily make Plaintiff more comfortable with his substantial disfigurement. It is more than unfair to have Plaintiff to shrive and present an entire step by step disclosure without benifit of the Court Clerks Assistance in Securing material Evidence that is in the Exclusive control of the Respondents and has favorable facts in proving that Relief should be granted.

The Aforementioned is true to my knowledge!

Dated 7-25-11

Thomas Floyd
In Propria Persona