# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS LELAND FLOYD

JUDGMENT IN A CIVIL CASE

v.

CITY OF LAKEWOOD, et al.,

CASE NUMBER: C11-5068BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**;

This action is **DISMISSED with prejudice**;

This dismissal **SHALL** be considered a strike pursuant to 28 U.S.C. § 1915(g).

| | |
|---|---|
| September 22, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |